JANUARY 13, 1992

No. 90–722. Campo v. Electro-Coal Transfer Corp., Inc.; and

No. 90–956. National Union Fire Insurance Company of Pittsburgh, Pennsylvania v. Campo et al. C. A. 5th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Southwest Marine, Inc.* v. *Gizoni, ante,* p. 81. Reported below: 909 F. 2d 1480.

No. 90–1223. Immigration and Naturalization Service v. Ramirez Rivas. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ardestani* v. *INS, ante,* p. 129.

No. 90–1258. Gomez, Warden, Deuel Vocational Institution of California v. McKinney. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Estelle* v. *McGuire, ante,* p. 62.

No. 91–206. Children of Bedford, Inc., et al. v. Petromelis et al. Ct. App. N. Y. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Simon & Schuster, Inc.* v. *Members of N. Y. State Crime Victims Bd., ante,* p. 105.

No. ————. DeSimone v. Frank, Postmaster General. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. ————. Jenkins v. Golden et al. Motion of petitioner to file petition for writ of certiorari that does not comply with this Court's Rule 33 denied.